IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**FREDERICK WILSON**                                                                                           **PLAINTIFF**

v.                                              No. 4:21-CV-00090-NBB-DAS

**MIRANDA SEAGOG and**
**MEDICAL DOCTOR SCOTT**                                                   **DEFENDANTS**

### ORDER DIRECTING PLAINTIFF TO SUBMIT
### IDENTIFYING INFORMATION FOR DEFENDANTS

On July 30, 2021, Plaintiff Frederick Wilson, proceeding *pro se*, filed the instant civil rights action challenging the conditions of his confinement under 42 U.S.C. § 1983. Doc. # 1. In his complaint, Plaintiff named Miranda Seagog and Medical Doctor Scott as Defendants in this action, and identified them as employees of the Mississippi State Penitentiary. *See id.* The Court entered a Process and Scheduling Order on October 27, 2021, allowing Plaintiff's claims to proceed forward. Doc. # 10. Counsel for the Mississippi Department of Corrections ("MDOC"), however, recently notified the Court that she is unable to represent named Defendants because they "are not employed as MDOC employees." Doc. # 17. The instant action cannot proceed until Defendants have been served with process. Accordingly, Plaintiff is directed to provide the Court with Defendants' full names and last known addresses within twenty-one (21) days from the date of this order. Plaintiff's failure to do so may result in the dismissal of his claims under Rule 41(b) of the Federal Rules of Civil Procedure.

**SO ORDERED**, this the 13th day of December, 2021.

                                                                 /s/ David A. Sanders
                                                                 **DAVID A. SANDERS**
                                                                 **UNITED STATES MAGISTRATE JUDGE**