**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

FREDERICK WILSON                                                    **PLAINTIFF**

**v.**                                                    **No. 4:21-CV-00090-NBB-DAS**

**MIRANDA SEAGOG and**
**MEDICAL DOCTOR SCOTT**                                    **DEFENDANTS**

## SECOND ORDER DIRECTING PLAINTIFF TO SUBMIT IDENTIFYING INFORMATION FOR DEFENDANTS

On December 13, 2021, the Court entered an Order directing Plaintiff to submit identifying information for named Defendants Miranda Seagog and Medical Director Scott so that they may be served with process. Doc. # 18. Rather than follow the Court's directive, Plaintiff instead filed a response attempting to join additional defendants in this action. Doc. # 22. The Court has already denied Plaintiff leave to amend his complaint and join additional parties. *See* Doc. # 20. The Court once again directs Plaintiff to provide the Court with Defendants'—Miranda Seagog and Medical Director Scott—last known addresses within twenty-one (21) days from the date of this order. Plaintiff's failure to do so will result in the dismissal of his claims under Rule 41(b) of the Federal Rules of Civil Procedure. The Court additionally cautions Plaintiff that any future attempts to circumvent the Court's previous rulings will not be well-received.

**SO ORDERED**, this the 11th day of January, 2022.

/s/ David A. Sanders
**DAVID A. SANDERS**
**UNITED STATES MAGISTRATE JUDGE**