IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**FREDERICK WILSON**                                                                               **PLAINTIFF**

v.                                                                                 No. 4:21-CV-00090-NBB-DAS

**MIRANDA SEAGOG and**
**MEDICAL DOCTOR SCOTT**                                              **DEFENDANTS**

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On October 27, 2021, the Court entered a Process and Scheduling Order allowing Plaintiff's claims to proceed forward. Doc. #13. In that Order, the Court directed Plaintiff to submit both witness and exhibit lists on or before January 24, 2022, and warned that his "failure to do so will result in dismissal of the case." *Id.* Despite this warning, Plaintiff failed to submit the required lists. Consequently, the Court entered an Order on June 8, 2022, directing Plaintiff to show cause within twenty-one days why his case should not be involuntarily dismissed as provided by Federal Rule of Civil Procedure 41(b) for failure to prosecute or obey an order of the Court. Doc. # 34. Plaintiff signed and returned an Acknowledgment of Receipt on June 17, 2022, confirming receipt of the aforementioned order to show cause. Doc. # 35. Plaintiff, however, failed to respond to the order and again failed to submit the required lists. Due to Plaintiff's noncompliance, the Court finds that the instant case is hereby **DISMISSED without prejudice** under Rule 41(b) of the Federal Rules of Civil Procedure.

**SO ORDERED**, this the 18th day of July, 2022.

                                                           /s/ Neal Biggers
                                                           **NEAL B. BIGGERS, JR.**
                                                           **UNITED STATES DISTRICT JUDGE**