**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**


**FREDERICK WILSON**                                                **PLAINTIFF**

**v.**                                                **No. 4:21-CV-00090-NBB-DAS**

**MIRANDA SEAGOG and
MEDICAL DOCTOR SCOTT**                                                **DEFENDANTS**


**ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

     This matter comes before the Court upon Plaintiff's *pro se* motion for summary judgment. Doc. # 37. In the instant motion, Plaintiff alleges in conclusory fashion that his Eighth Amendment right to be free from cruel and unusual punishment has been violated, and that summary judgment is warranted. *See id.* Due to Plaintiff's repeated noncompliance with court orders, the Court entered an Order dismissing the instant case without prejudice on July 18, 2022. Doc. # 36. As Plaintiff has presented no substantive argument in support of the instant motion nor has he demonstrated that this case should be reopened, the Court finds that Plaintiff's motion [37] for summary judgment is not well-taken and is, therefore, **DENIED**.

     **SO ORDERED**, this the 29th day of July, 2022.


    /s/ Neal Biggers_____
    **NEAL B. BIGGERS, JR.**
    **UNITED STATES DISTRICT JUDGE**